IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUVAL, et al., | |
| Plaintiffs, | No. C 14-05662 JSW |
| v. | **ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| DBI BEVERAGE, INC., et al., | |
| Defendants. | |

On February 27, 2015, Defendants filed a motion for summary judgment, or in the alternative, for partial summary judgment, although the parties have not yet appeared for the initial case management conference. The Court HEREBY ADVISES Defendants that, under its standing orders "[a]bsent of a showing of good cause, the Court will address only one motion for summary judgment per side." (Civil Standing Order ¶ 9.) Therefore, if Defendants intend to pursue this motion, the Court shall not permit them to file additional motions for summary judgment absent a showing of good cause.

**IT IS SO ORDERED.**

Dated: February 27, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE