1  Leigh A. White, State Bar No. 167477
   lwhite@cdflaborlaw.com
2  Alison L. Tsao, State Bar No. 198250
   atsao@cdflaborlaw.com
3  Ryan McCoy, State Bar No. 276026
   rmccoy@cdflaborlaw.com
4  CAROTHERS DISANTE & FREUDENBERGER LLP
   601 Montgomery Street, Suite 350
5  San Francisco, California 94111
   Telephone: (415) 981-3233
6
   Attorneys for Defendants
7  DBI BEVERAGE SACRAMENTO, et al.

8  Kenneth H. Yoon, State Bar No. 198443
   kyoon@yoonlaw.com
9  Stephanie E. Yasuda, State Bar No. 265480
   syasuda@yoonlaw.com
10 LAW OFFICES OF KENNETH H. YOON
   One Wilshire Blvd., Suite 2200
11 Los Angeles, CA 90017
   Tel: (213) 612-0988
12
   Douglas Han, State Bar No. 232858
13 dhan@justicelawcorp.com
   JUSTICE LAW CORPORATION
14 410 Arden Ave., Suite 206
   Glendale, CA 91203
15 Tel: (818) 230-7502
   Attorneys for Plaintiffs
16 JOSE DUVAL and JEREMIAH STERNER, et al.

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  JOSE DUVAL and JEREMIAH STERNER, individually and on behalf of all others similarly 20  situated, | Case No. 4:14-cv-05662-JSW |
| | Assigned for All Purposes To: |
| 21            Plaintiffs, | Judge: Honorable Jeffrey S. White |
|          vs. | Courtroom: 5 |
| 22 | **JOINT STIPULATION TO CONTINUE** |
| DBI BEVERAGE, INC., an unknown entity; DBI 23  BEVERAGE SAN JOAQUIN, a California | **THE INITIAL STATUS CONFERENCE** AND ORDER THEREON |
| corporation; DBI BEVERAGE SACRAMENTO, 24  INC., a California corporation; DBI BEVERAGE | Action Filed: August 19, 2013 Trial Date: None set |
| SAN FRANCISCO, a California corporation, 25  DBI BEVERAGE NAPA, a California corporation; DBI BEVERAGE SAN JOSE, a 26  California corporation; and DOES 1 through 50, inclusive,, | |
| 27            Defendants. | |
| 28 | |

CAROTHERS DiSANTE &
FREUDENBERGER LLP

JOINT STIPULATION RE: (1) CONTINUANCE OF DEFENDANTS' PENDING RULE 56 MOTION AND BRIEFING SCHEDULE; AND (2) REQUEST TO CONTINUE THE INITIAL STATUS CONFERENCE (4:14-cv-05662-JSW)

1  Plaintiffs Jose Duval, Jeremiah Sterner, and Ivan Vega ("Plaintiffs"), by and through their undersigned attorneys, and Defendants DBI Beverage Inc., DBI Beverage San Joaquin, DBI Beverage Sacramento, and DBI Beverage Napa ("Defendants"), by and through their undersigned attorneys, hereby stipulate to the following with respect to the parties' upcoming case management conference in the *Duval* matter:

1. The initial case management conference in this matter is scheduled to take place on April 3, 2015;

2. Plaintiffs' Counsel Mr. Yoon has a conflict on April 3, 2015 with a motion hearing in the Central District, Southern Division, before the Honorable David O. Carter, and thus Plaintiffs request that the initial status conference set for April 3, 2015 be continued;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants, by and through their respective undersigned counsel, that the Initial Status Conference be continued to April 10, 2015, or a later date available to the Court.

**IT IS SO STIPULATED.**

Dated: March 9, 2015                CAROTHERS DISANTE & FREUDENBERGER LLP


By: /s/ Alison L. Tsao
　　　Alison L. Tsao
　　　Ryan McCoy
Attorneys for Defendants
DBI BEVERAGE SACRAMENTO, et al.

Dated: March 9, 2015                LAW OFFICES OF KENNETH H. YOON


By: /s/ Kenneth H. Yoon
　　　Kenneth H. Yoon
　　　Stephanie Yasuda
Attorneys for Plaintiffs
JOSE DUVAL and JEREMIAH STERNER, et al.

**ORDER**

Based on the Stipulation filed between the parties, **GOOD CAUSE APPEARING THEREFORE:** and in light of the fact that a motion hearing in this case is set for April 10, 2015, at 9:00 a.m. that may impact the scope of the case management conference **IT IS ORDERED** that the Initial Status Conference set for April 3, 2015 at 11:00 am be continued to ~~April 10, 2015 at 11:00 am [or to~~ April 24, 2015 , 2015 at 11:00 a.m. ].

Dated: March 10, , 2015

_____
The Honorable Jeffrey S. White
United States District Court Judge