IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DUVAL, et al.,

      Plaintiffs,

  v.

DBI BEVERAGE, INC., et al.,

      Defendants.

_____/

No. C 14-05662 JSW

**ORDER RE NOTICE OF SETTLEMENT**

      The Court has received the parties' notice of settlement.  The Court HEREBY ADVISES the parties that the notice is not sufficient to vacate any pending deadlines or upcoming hearings.  If the parties seek such relief, they must file a stipulation and proposed order or an administrative motion.

      **IT IS SO ORDERED.**

Dated: April 6, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California