IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUVAL, et al., | |
| Plaintiffs, | No. C 14-05662 JSW |
| v. | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| DBI BEVERAGE, INC., et al., | |
| Defendants. / | |

The Court has received the parties' joint case management conference statement. In light of the potential resolution of this matter, the Court CONTINUES the case management conference scheduled for April 24, 2015, to August 21, 2015 at 11:00 a.m. The parties shall submit a joint case management statement by no later than August 14, 2015.

**IT IS SO ORDERED.**

Dated: April 17, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE