UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUVAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DBI BEVERAGE, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-05662-JSW<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE STATEMENT** |

    The Court has received and considered the parties' joint case management conference statement.  If the parties wish to have the Court continue the case management conference for the reasons set forth in the statement, and if they do not wish to appear on August 21, 2015, they should submit a stipulation and proposed order requesting a continuance.

    **IT IS SO ORDERED.**

Dated: August 10, 2015

JEFFREY S. WHITE
United States District Judge