KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988

DOUGLAS HAN (State Bar No. 232858)
dhan@justicelawcorp.com
**JUSTICE LAW CORPORATION**
410 Arden Ave., Suite 206
Glendale, California 91203
Telephone: (818) 230-7502

Attorneys for Plaintiffs
Jose Duval, Jeremiah Sterner and Ivan Vega

Leigh A. White, State Bar No. 167477
lwhite@cdflaborlaw.com
Alison L. Tsao, State Bar No. 198250
atsao@cdflaborlaw.com
Ryan McCoy, State Bar No. 276026
rmccoy@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 981-3233

Attorneys for Defendants
DBI BEVERAGE, INC., et al.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Duval, Jeremiah Sterner, And Ivan Vega, Individually And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiffs,<br>  v.<br><br>DBI BEVERAGE, INC., an unknown entity, DBI BEVERAGE SAN JOAQUIN, a California corporation, DBI BEVERAGE SACRAMENTO, INC. a California corporation, DBI BEVERAGE SAN FRANCISCO, a California corporation, DBI BEVERAGE NAPA, a California corporation, DBI BEVERAGE SAN JOSE, a California corporation, and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: 14-cv-05662-JSW<br><br>[Assigned for all purposes to Hon. Jeffrey S. White, Courtroom 5]<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference<br>Date:     August 21, 2015<br>Time:     11:00 a.m.<br>Place:     Courtroom 5 |

---

1

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE (14-cv-05662-JSW)

**[PROPOSED]** ORDER

The Court, having read and considered the Joint Stipulation to Continue Case Management Conference, and finding good cause, hereby orders as follows:

**IT IS HEREBY ORDERED** the Case Management Conference, currently scheduled to take place on August 21, 2015, at 11:00 a.m., will be continued to January 22, 2016, at 11:00 a.m. If the parties dismiss this matter before January 15, 2016, the Court will terminate the case and vacate the case management conference. If this matter is not yet resolved, the parties shall either file a joint case management conference statement or a request to continue by January 15, 2016.

Dated: August 12, 2015

*Jeffrey S. White*
Jeffrey S. White
Judge of the United States District Court