KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988

DOUGLAS HAN (State Bar No. 232858)
dhan@justicelawcorp.com
**JUSTICE LAW CORPORATION**
411 N. Central Avenue Suite 500
Glendale, California 91203
Telephone: (818) 230-7502

Attorneys for Plaintiffs Jose Duval, Jeremiah Sterner and Ivan Vega

Leigh A. White, State Bar No. 167477
lwhite@cdflaborlaw.com
Alison L. Tsao, State Bar No. 198250
atsao@cdflaborlaw.com
Ryan McCoy, State Bar No. 276026
rmccoy@cdflaborlaw.com
**CAROTHERS DISANTE & FREUDENBERGER LLP**
601 Montgomery Street, Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233

Attorneys for Defendants DBI BEVERAGE, INC., et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Duval, Jeremiah Sterner, And Ivan Vega, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiffs,<br>   v.<br><br>DBI BEVERAGE, INC., an unknown entity, DBI BEVERAGE SAN JOAQUIN, a California corporation, DBI BEVERAGE SACRAMENTO, INC. a California corporation, DBI BEVERAGE SAN FRANCISCO, a California corporation, DBI BEVERAGE NAPA, a California corporation, DBI BEVERAGE SAN JOSE, a California corporation, and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No.: 14-cv-05662-JSW<br><br>[Assigned for all purposes to Hon. Jeffrey S. White, Courtroom 5]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on the Stipulation of Dismissal With Prejudice filed by Plaintiffs Jose Duval, Jeremiah Sterner and Ivan Vega ("Plaintiffs") and Defendants DBI Beverage Inc., DBI Beverage San Joaquin, DBI Beverage Sacramento, and DBI Beverage Napa (collectively "Defendants"). The Court, having reviewed the Stipulation and finding good cause, now finds that it should be GRANTED.

IT IS THEREFORE ORDERED that this entire case be dismissed with prejudice, and that the Case Management Conference, currently scheduled to take place on January 22, 2016, be vacated.

DATED: November 24, 2015

_____
Hon. Jeffrey S. White
United States District Judge